# PROCEEDING MEMO
# HONORABLE JOHN P. GUSTAFSON

In Re:  Case No. 15-33035-jpg
Troy L Aaron, Sr.  Chapter 13

Debtor(s)

*NATURE OF PROCEEDING:*

☑ **CONTESTED**  ☐ **UNCONTESTED** HEARING ON CONFIRMATION OF CHAPTER 13 PLAN

*APPEARANCES:*

☐ Debtor(s)
☑ Atty for Debtor(s): Donald R. Harris (by phone)
☑ Atty for Creditor: Mia L. Conner (by telephone)
☑ Trustee: Elizabeth A. Vaughan

☐ Atty for
☐ Atty for
☐ Atty for
☐ Atty for

☑ CONFIRMATION HEARING HELD
  ☐ EVIDENCE SUBMITTED
☐ CONFIRMATION HEARING NOT HELD

☐ CONTINUED TO _____

☐ PLAN CONFIRMED **AS PROPOSED**

☐ PLAN CONFIRMED **SUBJECT TO STIPULATION**
       **\*\*SEE COMMENTS OF COURT**

☐ PLAN CONFIRMED **AS MODIFIED**

☐ R/E ORDER

☐ **Payroll Deduction:** ☐ H/W  ☐ Direct to Trustee

☐ Motion to Dismiss F/C _____ Days

**TO BE RECEIVED AND FILED WITH THE CLERK'S OFFICE NO LATER THAN 4:00 P.M. ON:**

_____

☐ Amended Plan     ☐ Amended Budget
☐ Add Creditor     ☐ Add Property
☐ Proof of Insurance to    ☐ Legal Description
   Court and Trustee
☐ Motion and Order To Extend Plan to _____ Months
☐ This Court to Retain Jurisdiction Over W/C Claim /
   PI Claim / Probate Estate / _____
☐ Not Dispose of Property or Inventory Outside the
   Ordinary Course of Business Without Prior Approval of
   the Court and Trustee
☐ Other _____

COMMENTS OF COURT:
Objection to Confirmation continued to March 1, 2016 at 9:30 a.m.  No 341 meeting so Plan is not in a position to be confirmed.

**HEARING DATE:** Tuesday 12/15/2015

FOR COURT USE ONLY:

☐ Order Uploaded    ☐ Need Order    ☐ Return for Action